■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANNON DAVIS, Appellant. [935 NYS2d 267]—

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Carni and Sconiers, JJ.